No. 956. GREENE ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Walker Lowry* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Joseph Kovner* for the United States.

No. 970. KAHN ENGINEERING CO., INC., *v.* AMERICAN SECURITY & TRUST CO. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Carl W. Berueffy* for petitioner. *Bernard J. Gallagher* and *J. Roy Thompson, Jr.* for respondent.

No. 619. HARRIS ET AL. *v.* UNITED STATES. Motion for leave to file second supplemental memorandum in support of petition granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *A. L. Wirin* and *Fred Okrand* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 927. PAE *v.* STEVENS ET AL. Motion to dispense with printing of petition granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Wai Yuen Char* for petitioner. *Jack H. Mizuha,* Attorney General of the Territory of Hawaii, for Kam Tai Lee, Treasurer of the Territory of Hawaii, respondent.

No. 1009. HIGHAM ET AL. *v.* GAW ET AL. C. A. 6th Cir. Certiorari denied. *Arthur T. Wincek* and *Warren M. Briggs* for petitioners. *John H. Ranz* for respondents.